**No. 43660.**—Protests 993741, etc., of Makla Bros. (New York).

Opinion by TILSON, J. It was established that the merchandise consists of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43661.**—Protest 992158–G of Burleigh Brooks, Inc. (New York).

Opinion by DALLINGER, J. On the record presented the articles in question were held dutiable as parts of photographic cameras under paragraph 1551 as claimed.

**No. 43662.**—Protest 985336–G of W. X. Huber Co. (Los Angeles.)

Opinion by DALLINGER, J. On the agreed facts it was held that duty should have been assessed on two complete records valued at $4 each as claimed.

**No. 43663.**—Protest 695190–G of Frank Samuel & Co., Inc. (Seattle).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of spiegeleisen similar to that the subject of *United States* v. *Samuel* (26 C. C. P. A. 22, T. D. 49574). The claim at 75 percent under paragraph 301 was therefore sustained.

**No. 43664.**—Protests 20433–K, etc., of J. S. Staedtler, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencils stamped with names other than the manufacturers' or the manufacturers' trade name or trade-mark the same as those passed upon in *Staedtler* v. *United States* (2 Cust. Ct. 484, C. D. 183). The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.

**No. 43665.**—Protests 949904–G, etc., of New York Merchandise Co. (New York).

Opinion by DALLINGER, J. On the agreed facts the pencil sharpeners, dime savings banks, and tooth brush holders in question were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed. *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132) and Abstracts 39480, 39497, 41633, and 42749 followed.